AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
2:46 pm, Feb 24 2021

| | |
|---|---|
| In the Matter of the Extradition of DŽEVAD PAJAZETOVIĆ | Case No. 4:21-MC-014 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) DŽEVAD PAJAZETOVIĆ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Bosnia, which has sought his extradition pursuant to the bilateral extradition treaty between the United States and Bosnia and 18 U.S.C. § 3184 for muder in violation of Bosnian criminal law.

Date: 02/24/2021

*Issuing officer's signature*

City and state: Des Moines, Iowa

Celeste F. Bremer, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 02/24/2021, and the person was arrested on (date) 03/01/2021
at (city and state) DES MOINES, IA.

Date: 03/01/2021

*Arresting officer's signature*

JUSTIN WALLACE DUSM
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
1:36 pm, Feb 24 2021