# United States District Court for the Southern District of Iowa

Presiding: Honorable
Case No.                                             :                    Clerk's Court Minutes – Initial Appearance
_____
United States of America vs.
_____

| Gov. Atty(s): | : | Indictment   Superseding Indictment   Information |
| Def. Atty(s): | : | Complaint   Warrant |
| Court Reporter: | : | Code Violation/Offense: |
| Interpreter: | : | |

_____

Date:                                                      :
Time Start:           Time End:                :
_____

## Initial Appearance

☐ Defendant Advised of Rights
Representation:        Appointed FPD        Appointed CJA        Retained Counsel
Next Court Event:      Preliminary          Arraignment          Removal Hearing
          Set for:
_____

## Arraignment

| Trial Scheduled for: | : | Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | : | Indicted in True Name |
| Reciprocal Discovery due: | : | True Name: |
| Pretrial Motions due: | : | Reading of Indictment Waived |
| Plea Notification Deadline: | : | Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | : | Denied Forfeiture |

_____

## Custody Status

☐ Government Moved for Detention        Detention Hearing Set:
Court Ordered Defendant:      Released on Bond      Detained
_____

Minutes:




                                                                _____
                                                                Deputy Clerk