IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | Number 4:21-mc-00014 |
| | ) | |
| DŽEVAD PAJAZETOVIĆ. | ) | MOTION FOR RELEASE |
| | ) | ON BOND |
| | ) | |

COMES NOW Dževad Pajazetović, by and through counsel, and states as follows:

1. Mr. Pajazetović is currently detained after a request for extradition by the Government of Bosnia and Herzegovina.

2. While bail should not ordinarily be granted in cases of foreign extradition, courts retain the power to grant release under special circumstances. *Wright v. Henkel*, 190 U.S. 40, 63 (1903).

3. "Special circumstances have been found in cases: (1) where the fugitive would lose his entire fortune, if not permitted to finish his participation as plaintiff in a civil proceeding which was underway at the time of his arrest; (2) where there is no appropriate facility in which to house a juvenile fugitive; (3) where the substantial claims of the fugitive have a high probability of success; (4) where the fugitive suffered a serious deterioration of health while incarcerated,; and (5) where there was an unusual delay in the appeals process." *In re Extradition Sutton*, 898 F. Supp. 691, 694 (E.D. Mo. 1995)(citations omitted).

4. In this case, Mr. Pajazetović is a long time resident in the Southern District with no criminal history. He is has family and longstanding ties to the community and is neither a flight risk or a danger to the public.

5. As shown that the Brief in Opposition, filed on this date and the accompanying exhibits, there is a high probability of success on the merits.

WHEREFORE Mr. Pajazetović moves for release on bond.

Respectfully submitted,

/s/ J. Keith Rigg
J. KEITH RIGG
317 Sixth Avenue, Suite 1300
Des Moines, Iowa 50309-4112
Telephone: (515) 284-7930
Email: jkrigg@dwx.com
ATTORNEY FOR DEFENDANT

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record at their respective addresses disclosed on the pleadings on April 27, 2021 through electronic service via CM/ECF.

Signature: /s/ J. Keith Rigg