# MEMORANDUM

_____

**To:** Helen C. Adams, Chief U.S. Magistrate Judge

**Cc:** AUSA, Defense Counsel

**From:** Ashley Knight, U.S. Probation Officer

**Re:** Dzevad Pajazetovic, Dkt. #4:21-MC-00014

**Date:** August 16, 2021

_____

### BACKGROUND:

On March 2, 2021, the defendant initially appeared before the Honorable Helen C. Adams. On July 29, 2021, he was released on bond with pretrial supervision to include location monitoring and home detention.

Since being placed on location monitoring, the defendant has requested to attend Genesis Health Club in Des Moines, Iowa, for physical fitness. Additionally, the defendant has requested to visit his grandchildren, at the residence of Damir Pajazetovic. Damir Pajazetovic is son of the defendant. He resides at 300 Northeast Elk Run Drive in Waukee, Iowa. A check of Iowa Courts Information System (ICIS), did not reveal a criminal history for Damir Pajazetovic.

### RECOMMENDATION:

Considering the above information, the U.S. Probation office respectfully requests the defendant's conditions be modified to allow visits with his grandchildren and attendance at Genesis Health Club.