IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | Number 4:21-mc-00014 |
| | ) | |
| DŽEVAD PAJAZETOVIĆ. | ) | RESISTANCE OF DŽEVAD PAJAZETOVIĆ |
| | ) | TO MOTION TO REVOKE RELEASE |
| | ) | AND FOR DETENTION |

COMES NOW Dževad Pajazetović, by and through counsel, and in opposition to the motion to revoke release and for detention states as follows:

1. This Court has previously allowed release of Mr. Pajazetović and made the finding that he is not a danger to the community or a flight risk and that "special circumstances" warrant his release. Order, July 13, 2021, page 16 (R. Doc. 28).

2. In the year following his release under conditions he has not incurred in violations of the release agreement.

3. As the court found, "the Court is confident that if the Secretary of State chooses to extradite Mr. Pajazetović's, he will comply with any requests made of him. Mr. Pajazetoviæ has overcome the presumption of detention against him." *Id.*, page 17.

4. The State Department has informed the parties that it has decided to authorize Mr. Pajazetović's surrender, but has also said, "I can inform you in this case that the Government of Bosnia and Herzegovina has provided an assurance that, if Mr. Pajazetovic requests a new trial upon his return to Bosnia and Herzegovina, the court will grant his request."

5. Until arrangements for surrender have been made, Mr. Pajazetović remains neither a flight risk or a danger to the community and remains available to surrender for transfer after such arrangements are made.

WHEREFORE Mr. Pajazetović resists the Government motion and requests that the Court continue his release under the terms previously set until the time and place of surrender has been arranged. Further Mr. Pajazetović requests hearing on the Government's motion.

Respectfully submitted,

_____
J. KEITH RIGG
317 Sixth Avenue, Suite 1300
Des Moines, Iowa 50309-4112
Telephone: (515) 284-7930
Email: jkrigg@dwx.com
ATTORNEY FOR DEFENDANT

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record at their respective addresses disclosed on the pleadings on July 13, 2022 through electronic service via CM/ECF.

Signature: _____