IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) ) ) ) ) | Criminal No. 4:21-MC-014 |
| DZEVAD PAJAZETOVIC, | | STATUS REPORT |

COMES NOW, Assistant United States Attorney, Jason T. Griess, and files a status report in the above referenced matter stating as follows:

1. On August 19, 2022, the court granted the government's motion to revoke release and order Dzevad Pajazetovic detained pending his transfer Bosnia (Dkt. 45.)

2. As part of said Order, the Court directed the government to file a status report advising the court that the extradition transfer occurred. (Dkt. 45.)

3. The undersigned has been advised that Dzevad Pajazetovic was surrendered to Bosnia authorities on Friday October 21, 2022.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Jason T. Griess*
Jason T. Griess
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.
I hereby certify that a copy of this document was served on the parties or attorneys of record by:
___ U.S. Mail ___ Fax ___Hand Delivery
X___ECF/Electronic filing ___ Other means

ASSISTANT UNITED STATES ATTORNEY
By: /s/ Jason T. Griess